```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                               :

DELTA AIR LINES, INC.,                         :

                                    Plaintiff,   :        1:20-cv-3025-GHW

                 -against -                    :        <u>ORDER</u>

BOMBARDIER, INC.,                           :

                                   Defendant.  :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       The Court will hold a teleconference to discuss the anticipated motion described at Dkt. No. 7 on June 1, 2020 at 2:00 p.m. The parties are directed to use the conference call dial-in information and access code noted in the Court's Emergency Rules in Light of COVID-19, available on the Court's website, and are specifically directed to comply with Emergency Rule 2(C).

       SO ORDERED.

Dated: May 27, 2020

                                                                  _____
                                                                   GREGORY H. WOODS
                                                              United States District Judge