UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DELTA AIRLINES, INC.,

                Plaintiff,

-against-

BOMBARDIER, INC.,

                Defendant.
------------------------------------------------------------X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 3/26/2021 |

20 **CIVIL** 3025 (GHW)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated March 25, 2021, Delta and Airbus Canada agreed to modify nearly all of the provisions of the "Agreement" to replace references to Bombardier with references to Airbus Canada. Delta's contention that it did not intend all of the natural consequences of that change do not register, because the terms of the agreements as amended by the Amendment are clear and unambiguous. As a result, Defendant's motion to dismiss is GRANTED; accordingly, this case is closed.

**Dated:** New York, New York

       March 26, 2021

                                                      RUBY J. KRAJICK

                                                      Clerk of Court

                                BY:

                                                          Deputy Clerk